■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA SATTERFIELD, Appellant. [789 NYS2d 434]—Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered August 14, 2002, convicting her of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Cozier, J.P., Ritter, Luciano and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALIH SEVENCAN, Appellant. [789 NYS2d 434]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 1999 (*People v Sevencan,* 258 AD2d 485 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered September 21, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and Luciano, JJ., concur.